# First District Court of Appeal
## State of Florida

———————————————

No. 1D21-2863

———————————————

TERRELL EUGENE BATTLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

September 21, 2022

PER CURIAM.

AFFIRMED.

ROWE, C.J., and LEWIS and OSTERHAUS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.